441 A.2d 778

Commonwealth v. DiGiacomo, Appellant. (at No. 983).

Commonwealth v. Johnson, Appellant. (at No. 984).

Petition for Allowance of Appeal Denied May 3, 1982.

Argued October 27, 1981. Thomas R. Ceraso, for appellants; Stella Smetanka, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and SHERTZ, JJ.

The order is hereby affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.